**UNITED STATES DISTRCIT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSEPH FERNICOLA, Derivatively on Behalf of MONGODB, INC.,

Plaintiff,

v.

DEV ITTYCHERIA, MICHAEL LAWRENCE GORDON, ARCHANA AGRAWAL, ROELOF BOTHA, HOPE COCHRAN, FRANCISCO D'SOUZA, CHARLES M. HAZARD, JR., TOM KILLALEA, ANN LEWNES, JOHN MCMAHON, and DWIGHT MERRIMAN,

Defendants,

and,

MONGODB, INC.

Nominal Defendant.

Case No:

**VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**

**JURY TRIAL DEMANDED**

Plaintiff, by and through his undersigned counsel, derivatively on behalf of MongoDB, Inc. ("MongoDB" or the "Company"), submits this Verified Shareholder Derivative Complaint (the "Complaint"). Plaintiff's allegations are based upon his personal knowledge as to himself and his own acts, and upon information and belief, developed from the investigation and analysis by Plaintiff's counsel, including a review of publicly available information, including filings by the Company with the U.S. Securities and Exchange Commission ("SEC"), press releases, news reports, analyst reports, investor conference transcripts, publicly available filings in lawsuits, and matters of public record.

## NATURE OF THE ACTION

1. This is a shareholder derivative action brought in the right, and for the benefit, of the Company against certain of its officers and directors seeking to remedy Defendants' violations of state and federal law that have occurred from January 26, 2023 through the present (the "Relevant Period") and have caused substantial harm to the Company.

## JURISDICTION

2. This Court has jurisdiction over each defendant named herein because each defendant is either a corporation that conducts business in and maintains operations in this District or is an individual who has sufficient minimum contacts with this District to render the exercise of jurisdiction by the courts of this District permissible under traditional notions of fair play and substantial justice.

3. Venue is proper in this Court because: (a) the Company maintains its principal place of business in this District; (b) one or more of the defendants either resides in or maintains executive offices in this District; (c) a substantial portion of the transactions and wrongs complained of herein, including Defendants' primary participation in the wrongful acts detailed herein, and aiding and abetting and conspiracy in violation of fiduciary duties owed to the Company, occurred in this District; and (d) Defendants have received substantial compensation in this District by doing business here and engaging in numerous activities that had an effect in this District.

## THE PARTIES

### Plaintiff

4. ***Plaintiff*** is, and was at relevant times, a shareholder of the Company. Plaintiff will fairly and adequately represent the interests of the shareholders in enforcing the rights of the corporation.

**Nominal Defendant**

5. ***Nominal Defendant MongoDB*** is a Delaware corporation with its principal executive offices at 1633 Broadway, 38th Floor, New York, NY 10019. MongoDB's common stock trades on the Nasdaq Stock Market ("Nasdaq") under the ticker symbol "MDB."

**Director Defendants**

6. ***Defendant Ittycheria*** has served as the Company's President, CEO and as a director since September 2014.

7. ***Defendant Gordon*** served as the Company's CFO from July 2015 until November 2018. In November 2018, Defendant Gordon took on a dual role as the Company's joint COO/CFO, and stepped down in January 2025.

8. ***Defendant Malissia R. Clinton*** ("Clinton) has served as a director of the Company at all relevant times. She also serves as the Chair of the Compliance, Corporate Governance and Sustainability Committee.

9. ***Defendant Agrawal*** has served as a Company director since August 2019. Defendant Agrawal also serves as a member of the Compensation Committee.

10. ***Defendant Botha*** has served as a Company director since December 2013. Defendant Botha also serves as a member of the Audit Committee.

11. ***Defendant Cochran*** has served as a Company director since December 2016. She also serves as the Chair of the Audit Committee.

12. ***Defendant D'Souza*** has served as a Company director since November 2019. Defendant D'Souza also serves as the Chair of the Compensation Committee and as a member of the Nominating and Corporate Governance Committee.

13. ***Defendant Hazard*** has served as a Company director since October 2009. He also serves as Chair of the Nominating and Corporate Governance Committee and as a member of the Audit Committee.

14. ***Defendant Killalea*** has served as a Company director from December 2015 and as Chairman of the Board since July 2019. He also serves as the Chair of the Security Committee, and as a member of the Compensation Committee and the Nominating and Corporate Governance Committee.

15. ***Defendant Lewnes*** has served as a Company director since December 2023. She also serves as a member of the Compensation Committee and the Security Committee.

16. ***Defendant Merriman*** is a co-founder of the Company and has serves as a Company director since July 2020. He also served as a member of the Security Committee.

17. ***Defendant McMahon*** served as a Company director between October 2016 and June 2024. He also served as a member of the Compensation Committee.

18. Defendants Ittycheria, Agrawal, Botha, Cochran, D'Souza, Hazard, Killalea, Lewnes, McMahon, and Merriman are sometimes referred to herein collectively as the "Director Defendants."

19. The Director Defendants and Defendant Gordon are collectively referred to herein as the "Individual Defendants."

20. 3D Systems and the Individual Defendants are collectively referred to herein as "Defendants."

## MATERIALLY FALSE AND MISLEADING STATEMENTS

### A. JUNE 2023 STATEMENTS AND GUIDEANCE

#### 1. Q1 2024 FORM 8-K

21. The Class Period begins on June 1, 2023. On that date, the Company issued a press release, which it filed with the SEC as an exhibit to a Current Report on Form 8-K reporting the financial results for the first quarter of fiscal 2024 ("Q1 2024"), ending April 30, 2023 ("Q1 2024 Form 8-K"), and providing guidance for the upcoming quarter ("Q2 2024"). For Q1 2024, MongoDB reported total revenue of $363.3 million (a 29% year-over-year increase) and "Continued Strong Customer Growth with Over 43,100 Customers as of April 30, 2023," and that Atlas revenue was up 40% year-over-year and represented 65% of total revenue. Ittycheria highlighted these results to investors, stating: "MongoDB began fiscal 2024 with strong first quarter results, highlighted by 40% Atlas revenue growth and the most net new customer additions in over two years. The continued strength in new business activity indicates the mission criticality of the MongoDB developer data platform and underscores that investments in innovation remain a top priority for customers." For the coming Q2 2024, MongoDB announced that it expected between $388.0 and $392.0 million in revenue, Non-GAAP Operating Income of between $36 and $39 million, and Net Income Per Share between $0.43 and $0.46. For full fiscal 2024, the Company stated that it expected between $1.522 billion and $1.542 billion in revenue and between $1.42 and $1.56 in Non-GAAP net income per share.

#### 2. Q1 2024 EARNINGS CONFERENCE CALL

22. On June 1, 2023, following the announcement of its quarterly results, the Company held an investor earnings conference call. Ittycheria and Gordon participated in the conference call. During the call, Ittycheria reported, as follows:

> Overall, we delivered a strong Q1. ***We had a very healthy quarter of new business acquisition.*** We added approximately 2,300 customers during the quarter, the highest number in over 2 years, including over 300 new direct sales customers, with notable strength in our enterprise channel. ***Our ongoing new business success is due to the mission criticality of our platform; and sharp execution by our go-to-market teams***, who are navigating a difficult selling environment by remaining laser-focused on our North Star, acquiring new workloads. In fact, this quarter, we acquired a ***record number of new workloads*** from our existing customers.

*23.* Ittycheria further assured investors that consumption and retention remained strong stating that "[i]n summary, I am pleased with our first quarter results in a difficult macro environment. Our ability to win new workloads remained strong, and ***Atlas consumption trends were better than expected.***"

24. Gordon cited the "healthy new business environment" and performance, along with strong customer additions, as demonstrative of continued demand for MongoDB: "As Dev mentioned, we continue to see ***a healthy new business environment*** both in terms of acquiring new customers as well as acquiring new workloads within existing customers . . . Our ***new business performance*** and ***strong total customer net additions*** demonstrate the ***continued demand*** for our developer data platform."

25. Gordon also reiterated the Company's guidance set forth in the Q1 2024 Form 8-K, as follows:

> For the second quarter, we expect revenue to be in the range of $388 million to $392 million. We expect non-GAAP income from operations to be in the range of $36 million to $39 million and non-GAAP net income per share to be in the range of $0.43 to $0.46 based on 82.5 million estimated diluted weighted average shares outstanding. For the full fiscal year 2024, we expect revenue to be in the range of

> $1.522 billion to $1.542 billion. For the full fiscal year 2024, we expect non-GAAP income from operations to be in the range of $110 million to $125 million and non-GAAP net income per share to be in the range of $1.42 to $1.56 based on 83 million estimated diluted weighted average shares outstanding.

26. During the question and answer period of the earnings call, an analyst probed regarding the Company's consumption trends and management's visibility with respect to future performance. To this point, Ittycheria emphasized Defendants' control over new workload acquisitions to ensure that they "grow well," stating:

> Yes, what I would say is I think, in the short term, the consumption trends are clearly tied to our customers' underlying business. ***The only way we can really influence that is, over the long term, by acquiring more and more workloads either [] from existing customers or acquiring new customers. And so we're really focused on what we can control, which is all about acquiring new customers and new workloads.*** And obviously there'll be puts and takes in every quarter, but our go-to-market organization is very, very focused on this. And we do that not just from our sales organization but also from our self-serve business. And then ***we also just don't just focus on acquiring but also making sure they're onboarded properly; they're serviced properly so that those workloads grow well*** and the customer's experience with those workloads is very positive so they continue to add new workloads to our platform. ***That's ultimately the things that we can control and that's what we're really focused on***.

27. Relatedly, Gordon discussed MongoDB's strategy to incentivize workload volume and reduce friction, stating simply that the "result of that is spending less time on upfront commitments":

> I think the other thing that's important to understand in terms of the financials is really the cash flow dynamics and understanding that. As we've talked about for the last several years, we've been deemphasizing upfront commitments, trying to reduce the level of friction, trying to focus on acquiring more workloads and getting more workloads on the platform. ***And the result of that is spending less time on upfront commitments.*** Atlas now has -- about 80% of Atlas does not flow through deferred.

28. Ittycheria claimed that the Company's go-to-market strategy was in fact successfully retaining high quality workloads and that the sales force was "doing a really good job" identifying quality workloads:

> So I would also say that our go-to-market channels have to really focus on and ***are doing a really good job on qualifying these opportunities, being able to separate customers who are serious versus customers who may be just wanting to kick the tires***. And again, as I mentioned earlier, ***it's all about us acquiring high-quality workloads***. If we can [] acquire high-quality workloads, onboard them well and make sure they're serviced as well, good things will happen, ***and that's happening***. And ***we had a record number of new workloads added this quarter*** from existing customers.
>
> * * *
>
> We have really focused our teams to acquire workloads either through the acquisition of new customers or the acquisition of workloads in existing customers. It's all about acquiring workloads, so our incentive mechanisms, management attention and focus is all about this North Star about acquiring new workloads. And I saw -- and I think you're seeing the ***results*** of that showing up in Q1.

29. The statements referenced above, including that MongoDB's "go-to-market channels" are "doing a really good job on qualifying [] opportunities" and in fact "acquiring high quality workloads," and regarding the "healthy quarter of new business acquisition," "new business performance and strong total customer net additions," "sharp execution" by MongoDB's go-to-market teams, and control of new workload growth, are false and misleading and omitted material facts because Defendants failed to disclose that: (a) the compensation structure and go-to-market changes implemented at the beginning of FY 2024 that eliminated incentives for upfront commitments, compensated for new logos based on a pure unit-volume basis, and otherwise incentivized volume over quality, generated significantly reduced visibility into projected workload growth and a large number of new workloads that were consuming and growing at slower than historical rates, or not at all; and (b) as a result of the foregoing, FY 2024 workloads

were not exhibiting expected growth rates and would continue to inhibit MongoDB's long-term growth prospects, and that MongoDB would be unable to maintain its forecasted growth projections.

### 3. JUNE 7, 2023 WILLIAM BLAIR GROWTH STOCK CONFERENCE

30. On June 7, 2023, Gordon and Tanjga participated in the William Blair Growth Stock Conference. During the conference, Gordon emphasized the importance of acquiring new workloads to the Company's "medium to long term" growth prospects:

> And so when we win or displace or someone does a big Oracle migration to MongoDB, it's not like they've kicked out Oracle out of their other hundreds of thousands of applications that they have. And so that's a sort of a dynamic of our market. It means we're never shut out of a customer, but it means there's sort of a continued effort to sell and win more and more workloads. ***So when you hear us talk about our results, we talk about winning new customers. We talk about winning new workloads. And that's really kind of the key thing.***
>
> * * *
>
> And in the near term, because new workloads start small, because we've reached a fairly large size and scale, the near-term results are much more dictated by the performance of the growth of the existing applications, whereas ***in the medium to long term, things are much more affected by are we winning new customers? Are we continuing to add new workloads*** within existing customers and sort of penetrate there?

### 4. JUNE 22, 2023 MONGODB INVESTOR SESSION

31. On June 22, 2023, Ittycheria and Gordon participated in the MongoDB Investor Session. During Gordon's overview of the Company's business, he explained the importance of new workloads and the expected short-and long-term growth patterns of new workloads, as follows:

> What this means is winning an initial workload, yes, hopefully that workload is successful, but the way and it grows -- but ***the way that we really grow within the account is winning additional workloads and yes, winning that next subsequent***

***workload is faster, more successful, ultimately, economically more efficient***, but you still need to [do] effort. You don't just sit back, kick your feet up and have the workloads.

* * *

Every new customer relationship has to bid again with an initial workload. And that ***initial workload grows, -- the first couple of years tend to be where there's the fastest growth, but the workload is still continu[ing] to grow for many, many years***. But really, what the opportunity is, once it's onboarded that workload will tend to have its own growth behaviors, right? It tends to be a number of application specific factors, as we've talked about, it could be affected by macroeconomic conditions and the underlying -- ultimately, it's the underlying read write query activity in the application. ***But over time, the way you grow within the account is adding new workloads***, right, and making them successful and continue to penetrate the account further.

* * *

And so our whole company is oriented around winning more workloads. This is not just a go-to-market orientation although importantly, it is a go-to-market orientation, and that's a change or that's a shift from winning a big multiyear contract on an annual subscription license or maybe you do a 3-year deal and you kind of sit back, this is much more focused on winning more workloads within the account. But again, it's not just a go-to-market motion. This is also a focus across the whole company.

32. Gordon further elaborated on these points following a break, as follows:

So without any further ado, I will drive [sic] straight into the Atlas drivers. And as I said at the beginning, remember, we grow in accounts by acquiring workloads, right? Everything is this workload orientation. And so we'll talk about new workloads, and we'll talk about growth of existing workloads because that's sort of the dynamic that we have. And I showed you this sort of illustrative journey that ***we had where we have to win that first initial workload. That workload will grow based on a number of application-specific factors, but also based on the macroeconomic environment***. And then what we'll do, though, is we'll continue to win workloads in the account. And organizations can have hundreds or thousands or more applications within there. So this sort of workload dynamic sort of builds upon itself. And that's kind of the dynamic that we see over time.

And so as we've said, Atlas growth in the short term is really dictated by the growth of those existing workloads. New workloads start small, and we'll walk a little bit through that. And that growth of existing applications and existing workloads is driven by the underlying usage activity.

* * *

> ***In the long term, though, Atlas growth is driven by our ability to acquire new workloads. That's really the key thing because new workloads, in the long run, will drive most of the growth***. But in the short term, new workloads represent a relatively small portion of the business. New workloads tend to start small even though they grow quickly. And so what we tried to do here is to illustrate what that means.

* * *

> But what happens is over time, if you play this out over 5 years, right, if you look over 20 quarters, what winds up happening, right? ***And the reality is the new workloads that you add over that subsequent workload wind up being responsible for the vast majority of the incremental growth***. It's somewhat logical and intuitive and sort of math friendly. But we thought that maybe visualizing it would help complement the words and the dynamics that we've been describing.

33. The statements referenced above, including regarding the expected growth from new workload acquisitions, are false and misleading and omitted material facts because Defendants failed to disclose that: (a) the compensation structure and go-to-market changes implemented at the beginning of FY 2024 that eliminated incentives for upfront commitments, compensated for new logos based on a pure unit-volume basis, and otherwise incentivized volume over quality, generated significantly reduced visibility into projected workload growth and a large number of new workloads that were consuming and growing at slower than historical rates, or not at all; and (b) as a result of the foregoing, FY 2024 workloads were not exhibiting expected growth rates and would continue to inhibit MongoDB's long-term growth prospects, and that MongoDB would be unable to maintain its forecasted growth projections.

**5. MongoDB's Risk Disclosure Statements**

34. On June 2, 2023, MongoDB filed a quarterly report on Form 10-Q for Q1 2024 with the SEC that was signed by Ittycheria and Gordon ("Q1 2024 Form 10-Q"). In the Q1 2024

Form 10-Q, MongoDB characterized the risk that customers will consume MongoDB Atlas offering "more slowly" than expected, and the related risk that the Company's actual results may differ from the Company's forecasts, as merely hypothetical, as follows:]

> ***Because we derive the majority of our revenue from MongoDB Atlas, failure of MongoDB Atlas to satisfy customer demands could adversely affect our business, results of operations, financial condition and growth prospects and our future revenue may be more difficult to predict.***
>
> We derive and expect to continue to derive the majority of our revenue from MongoDB Atlas, our database-as-a-service offering, which is primarily recognized on a usage-basis. As such, market adoption and usage of MongoDB Atlas is critical to our continued success. Although MongoDB Atlas has seen rapid adoption since its commercial launch in June 2016, and though we intend to continue to direct a significant portion of our financial and operating resources to develop and grow MongoDB Atlas, including offering a free tier of MongoDB Atlas to generate developer usage and awareness, we cannot guarantee that rate of adoption will continue at the same pace or at all. Demand for MongoDB Atlas is affected by a number of factors, many of which are beyond our control, including economic downturns, continued market acceptance by developers, the availability of our Community Server offering, the continued volume, variety and velocity of data that is generated, timing of development and release of new offerings by our competitors, technological change and the rate of growth in our market. For instance, among other factors, the adverse macroeconomic conditions resulted in slower than historical growth of our existing Atlas applications for the three months ended April 30, 2023. If we are unable to continue to meet the demands of our customers and the developer community, our business operations, financial results and growth prospects will be materially and adversely affected. In addition, ***because our customer's usage of MongoDB Atlas may vary for a number of reasons, our visibility into the timing of revenue recognition is limited. There is a risk that customers will consume our MongoDB Atlas offering more slowly than we expect, and our actual results may differ from our forecasts and our future revenue may be less predictable going forward due to, among other things, fluctuations in the rate of customer renewals and expansions and seasonality of, or fluctuations in, usage of MongoDB Atlas.***

35. This false and misleading statement was repeated in all material respects in the following MongoDB SEC filings: (i) August 30, 2024 Q2 Form 10-Q; (ii) December 7, 2023 Q3

Form 10-Q; and (iii) March 15, 2024 FY 2024 Form 10-K (including Q4 2024).[1] Each of these filings was also signed by defendants Ittycheria and Gordon.

36. The statement referenced above regarding the "risk that customers will consume our MongoDB Atlas offering more slowly than we expect, and our actual results may differ from our forecasts and our future revenue may be less predictable going forward due to . . . fluctuations in the rate of customer renewals and expansions . . . or fluctuations in[] usage of MongoDB Atlas" is false and misleading and omitted material facts because Defendants failed to disclose that the risk of slowed customer consumption had already materialized. Defendants characterized the risk of slowed growth as hypothetical when, in fact, MongoDB's go-to-market changes implemented at the beginning of FY 2024 which eliminated incentives for upfront commitments, compensated for new logos based on a pure unit-volume basis, and otherwise incentivized volume over quality, had already resulted in sales representatives having reduced visibility into projected workload growth and a large number of new workloads that were showing slowed consumption rates and were not growing at historical levels. Similarly, Defendant's statement that their "forecasts and [] future revenue may be less predictable going forward" is false and misleading and otherwise omitted material information because it characterized this risk as a mere possibility when FY 2024 workloads were already exhibiting slower growth rates and would continue to inhibit MongoDB's

[1] The only non-material differences in the risk disclosure language relate to: (1) the referenced time period of the "adverse macroeconomic conditions" that "resulted in slower than historical growth" of MongDB's existing Atlas applications (e.g., in the September 1, 2024 Q2 10-Q, the referenced time period is "three and six months ended July 21, 2023" instead of "three months ended April 30, 2023"); and (2) the addition of the phrase "more than" in the initial risk disclosure summary following the June 2, 2023 risk disclosure (i.e., "Because we derive more than the majority of our revenue from MongoDB Atlas . . .").

long-term growth, which would hinder MongoDB's ability to meet its forecasted growth projections.

**B. August Statements and Guidance**

**1. Q2 2024 Form 8-K**

37. On August 31, 2023, the Company issued a press release, which it filed with the SEC as an exhibit to a Current Report on Form 8-K reporting the financial results for Q2 2024, ending July 31, 2023 ("Q2 2024 Form 8-K"), and providing guidance for the upcoming quarter ("Q3 2024"). For Q2 2024, MongoDB reported total revenue of $423.8 million (a 40% year-over-year increase) and "Continued Strong Customer Growth with Over 45,000 Customers as of July 31, 2023," and that Atlas revenue was up 38% year-over-year and represented 63% of total Q2 2024 revenue. Ittycheria highlighted these results, stating: "MongoDB delivered excellent results in the second quarter, highlighted by 40% revenue growth, continued strength in new workload acquisition and record operating margin." MongoDB's Q2 2024 Form 8-K also guided that in the coming third quarter, it expected to generate between $400.0 and $404.0 million in revenue, between $41 and $44 million in Non GAAP Income from Operations and between $0.47 and $0.50 in Net Income Per-Share. For the full fiscal 2024, MongoDB reported that it expected between $1.596 and $1.608 billion in revenue, Non GAAP Income from Operations of between $189 and $197 million, and between $2.27 and $2.35 of Non GAAP Net Income Per-Share.

**2. Q2 2024 Earnings Conference Call**

38. On August 31, 2023, MongoDB held an investor earnings conference call. Ittycheria and Gordon participated in the conference. Ittycheria highlighted the strength of MongoDB's new business and customer growth: "[W]e had ***another solid quarter of customer***

***growth***, ending the quarter with over 45,000 customers. Overall, we delivered an exceptional Q2. ***We had a healthy quarter of new business acquisition led by continued strength in new workload acquisition*** in our existing customers." Ittycheria also maintained that the Company's "***retention rates remained strong*** in Q2, reinforcing the ***mission criticality*** of our platform even in a difficult spending environment." He explained, as follows:

> I just want to reinforce that ***we had another strong quarter of new business performance,*** which really validates our value proposition and our run anywhere strategy[.] Again, we remain focused on our North Star, which is acquiring new workloads, both from new workloads -- the new customers and existing customers. And ***we're innovating both on the product and go-to-market dimensions to accelerate workload acquisition.***

39. Ittycheria underscored the purported positive impact of MongoDB's new sales strategy, including that the reduced friction was "resulting in more efficient growth" and positioning the Company "better for the longer term," explaining, as follows:

> ***We are highly focused on reducing friction in the sales process so we can acquire more workloads quickly and cost effectively given the large size of our market opportunity.*** Historically, the most significant source of friction has been negotiating with customers to secure an upfront Atlas commitment since it can be hard for customers to forecast consumption growth for a new workload. Given our high retention rates and the underlying consumption growth, several years ago, we began reducing the importance of upfront commitments in our go-to-market process to accelerate workload acquisition. This year, we took additional steps in that direction.
>
> For example, we no longer incentivize reps to sign customers to 1-year commitments. Obviously, this has short-term impact on our cash flow, but ***positions us better for the longer term*** by accelerating workload acquisition. ***We are pleased with the impact these changes have had*** in the business in the first half of the year. Specifically, new workload acquisition has accelerated, especially within existing customers. We believe that ***our efforts to reduce friction are resulting in more efficient growth, and we'll always look for ways to improve our go-to-market approach*** to make it even easier for customers to bring new workloads onto our platform.

40. Likewise, Gordon reported that MongoDB had a strong quarter and was benefitting from a "healthy new business environment":

> As Dev mentioned, ***we continue to see a healthy new business environment*** especially in terms of acquiring new workloads within existing customers. To us, this is confirmation we remain a top priority for our customers and that our value proposition continues to resonate even in this market. . . . We are pleased with our ability to win new business and are demonstrating the operating leverage inherent in our model. While we continue to monitor the macro environment, we remain incredibly excited about the opportunity ahead, constantly to maximize our long-term value.

41. Gordon noted that the Company was "meaningfully increasing our assumption for operating margins in fiscal '24 to 12% at the midpoint of [the Company's] guidance, an improvement of more than 700 basis points compared to fiscal '23, while continuing to invest to pursue our long-term opportunity," and restated the quarterly and annual guidance announced in the Q2 2024 Form 8-K:

> For the third quarter, we expect revenue to be in the range of $400 million to $404 million, we expect non-GAAP income from operations to be in the range of $41 million to $44 million and non-GAAP net income per share to be in the range of $0.47 to $0.50 based on 83.5 million estimated diluted weighted average shares outstanding. For the full fiscal year 2024, we expect revenue to be in the range of $1.596 billion to $1.608 billion. For the full fiscal year 2024, we expect non-GAAP income from operations to be in the range of $189 million to $197 million and non-GAAP net income per share to be in the range of $2.27 to $2.35 based on 83 million estimated diluted weighted average shares outstanding.

42. The statements referenced above are false and misleading and omitted material facts because Defendants failed to disclose that: (a) the compensation structure and go-to-market changes implemented at the beginning of FY 2024 that eliminated incentives for upfront commitments, compensated for new logos based on a pure unit-volume basis, and otherwise incentivized volume over quality, generated significantly reduced visibility into projected workload growth and a large number of new workloads that were consuming and growing at

slower than historical rates, or not at all; (b) they had already, and/or were in the process of, correcting course by changing their incentive compensation structure again to place more emphasis on the quality and growth-prospects of newly acquired workloads; and (c) as a result of the foregoing, FY 2024 workloads were not exhibiting expected growth rates and would continue to inhibit MongoDB's long-term growth prospects, and that MongoDB would be unable to maintain its forecasted growth projections.

**C. September 6, 2023 Goldman Sachs Communacopia + Technology Conference**

43. On September 6, 2023, Gordon and Ittycheria participated in the Goldman Sachs Communacopia + Technology Conference. During the conference, Gordon reported that "***the new business environment has remained robust*** for [the Company] in terms of winning new workloads," and the Company has "been able to successfully navigate the macroeconomic environment" in "the winning of new workloads." Gordon also praised "[t]he sales teams [in] hav[ing] done a good job" in "navigat[ing] that very effectively" and stated that he was "really pleased with the results there."

44. During the question and answer portion of this conference, Ittycheria fielded a question from an analyst about the "recently announced [] iteration [of] go-to-market for Atlas," including "the importance of that change" and how he saw "that accelerating new workload acquisition." He responded as follows, emphasizing the substantial future growth potential from these workloads:

> And on the sales side, and the go-to-market side, basically orienting our go-to-market organization to just acquire new workloads. Now as you can imagine, in a traditional software kind of philosophy, you pay a salesperson to go get someone to commit to you to doing some business, and that was our approach. The challenge, though, when you do workload-by-workload it's very hard for a customer to predict

> what exactly the usage of the consumption that workload would be over any period of time.
>
> So we were naturally forcing customers the commitments because salespeople operate by the way they're compensated and customers said, well, if you give me a better deal in terms of discount, I may commit to a bigger number. And it was this awkward kind of tension in the discussion. So over the last 3 years, we've been slowly reducing the emphasis on commitments.
>
> So it's been a journey, and this past year, we stopped paying our salespeople on even on 1-year commitments because our retention rates are very high, so it's that -- why force the customer even to a 1-year commitment and just get them to deploy the workload and as they see it grow, if they want incremental discounts, they'll come to us and saying, hey, my app is growing quickly. I want a better price, and then we'll say, let's talk about the longer-term commitment.
>
> ***So that reduction or that removal of that friction based on the change in comp plans has really helped us accelerate the acquisition of new workloads***. But again, I want to say it's like a slope of line, it's not some inflection point. And ***we're really pleased by the velocity of workloads that we're acquiring***. Most of them are [sic] start very small because they are new workloads. So it takes time for them to -- they don't really have much impact in the quarter -- in the current quarter, but ***over the years, we should see that impact really show up***.

45. The statements referenced above are false and misleading and omitted material facts because Defendants failed to disclose that: (a) the compensation structure and go-to-market changes implemented at the beginning of FY 2024 that eliminated incentives for upfront commitments, compensated for new logos based on a pure unit-volume basis, and otherwise incentivized volume over quality, generated significantly reduced visibility into projected workload growth and a large number of new workloads that were consuming and growing at slower than historical rates, or not at all; (b) they had already, and/or were in the process of, correcting course by changing their incentive compensation structure again to place more emphasis on the quality and growth-prospects of newly acquired workloads; and (c) as a result of the foregoing, FY 2024 workloads were not exhibiting expected growth rates and would continue to

inhibit MongoDB's long-term growth prospects, and that MongoDB would be unable to maintain its forecasted growth projections.

**D. September 7, 2023 Citi Global Technology Conference**

46. On September 7, 2023, Gordon and Tanjga participated in the Citi Global Technology Conference. During the course of the conference, Gordon described MongoDB's go-to-market pivot in business strategy, as follows:

> Sure. Yes. It's -- first of all, it's been part of a multiyear effort to reduce friction in the process, which includes reducing the emphasis or the importance of commitments. And part of the reason for that is if you take a new application that someone is going to launch on Atlas, if the rep is -- has an incentive or is paid primarily off the basis of the commitment, I am going to hold out for the biggest commitment possible, right, because that's what I'm getting paid on. Amazingly, incentives drive behavior.
>
> * * *
>
> And the reality is none of that affected what the application actually is going to consume. The consumption is going to be whatever the consumption was going to be. And effectively, that ***rep has wasted a whole bunch of time and effort that they could be going and selling new additional workloads***, right? And so to me, that's the key point is when you think about this large market opportunity that we have and the fact that our quota-carrying head count is measured in the hundreds as opposed to the thousands or tens of thousands that our competitors have, ***anything we can do to effectively and synthetically expand the impact of that sales force by freeing up time and giving them time is valuable.***
>
> And so that's where this focus on creating -- that's where creating this focus on winning new workloads as the key thing has really been sort of a long-term trend. And as you know, Tyler, ***comp plans are complicated, reps are sensitive to them. You typically only change them once a year. You're not usually changing comp plans midyear***. And so like I said, this has been part of sort of a multiyear phased journey where we said, okay, we want to -- and you can't like radically change the plan 180 in a year. Otherwise, there's too much change management.

47. During the discussion, Tanjga described the "new business environment" as "robust" and that "throughout this macro slowdown that began over a year ago, we've been very

happy with our ability to acquire new business." Tanjga also noted that the "tremendous amount of data" regarding usage of new Atlas workloads gave Defendants more confidence about the visibility into workload growth prospects:

> So the beauty of Atlas is that ***we have access to a tremendous amount of data***, and we try to become more intelligent over time as ***we use that data and usage patterns to judge our customers' potential***. And so -- and it's an ongoing process, but what we've particularly ***become more comfortable over time is our ability to call when we see that there's incremental workload potential in the account***.

48. The statements referenced above in ¶¶109-110 are false and misleading and omitted material facts because Defendants failed to disclose that: (a) the compensation structure and go-to-market changes implemented at the beginning of FY 2024 that eliminated incentives for upfront commitments, compensated for new logos based on a pure unit-volume basis, and otherwise incentivized volume over quality, generated significantly reduced visibility into projected workload growth and a large number of new workloads that were consuming and growing at slower than historical rates, or not at all; (b) they had already, and/or were in the process of, correcting course by changing their incentive compensation structure again to place more emphasis on the quality and growth-prospects of newly acquired workloads; and (c) as a result of the foregoing, FY 2024 workloads were not exhibiting expected growth rates and would continue to inhibit MongoDB's long-term growth prospects, and that MongoDB would be unable to maintain its forecasted growth projections.

**E.** [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

50. [redacted]

[2] MongoDB220_00001187-1189

[redacted]

51. [redacted].

[redacted]

[redacted].

***

[redacted]

[redacted]

***

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

F. **December 2023 Statements and Guidance**

**1. Q3 2024 Form 8-K**

53. On December 5, 2023, the Company issued a press release, which it filed with the SEC as an exhibit to a Current Report on Form 8-K reporting the financial results for Q3 2024, ending October 31, 2023 ("Q3 2024 Form 8-K"), and providing guidance for the upcoming quarter ("Q4 2024"). For Q3, MongoDB reported total revenue of $432.9 million (a 30% year-over-year increase) and "Continued Strong Customer Growth with Over 46,400 Customers as of October 31, 2023," and that Atlas revenue was up 36% year-over-year and represented 66% of total Q3 2024 revenue. Ittycheria positively characterized these results as follows: "MongoDB continued to

[3] MongoDB220_00000606, 619-20

perform at a high level in the third quarter, as evidenced by 30% revenue growth and better-than-expected profitability. We are pleased by our success in winning new workloads from both new and existing customers across verticals, geographies, and customer segments." The Q3 2024 Form 8-K guided that, for the fourth quarter of fiscal 2024, the Company expected revenue of between $429.0 and $433.0 million, Non-GAAP Income from Operations between $35 million and $38 million, and Non-GAAP Net Income Per Share of $0.44 and $0.46. For full fiscal 2025, the Company stated that it expected between $1.654 billion and $1.658 billion in revenue, Non-GAAP Income from Operations of between $236.3 million and $239.3 million, and Non-GAAP Net Income Per Share of between $2.89 and $2.91.

**2. Q3 2024 Earnings Conference Call**

54. Following the announcement of the Company's third quarter results, on December 5, 2023, MongoDB held an investor earnings conference call. Ittycheria and Gordon participated in the conference call. Ittycheria represented that MongoDB "had a ***healthy quarter of new business acquisition led by continued strength in new workload acquisition*** within our existing customers." He further assured investors that the Company's "***retention rates remained strong*** in Q3, reinforcing the mission criticality of our platform even in a difficult spending environment."

55. Similarly, Gordon summarized the Company's operating results, as follows: "[t]o summarize, MongoDB delivered excellent third quarter results in a difficult environment. ***We're pleased with our ability to win new business*** and are demonstrating the operating leverage inherent in our model." Gordon took note of the Company's strong customer growth and workload acquisition, stating that "we grew our customer base by approximately 1,400 customers sequentially," including "over 6,900 [] direct sales customers, which compares to over 5,900 in

the year ago period. The growth in our total customer count is being driven primarily by Atlas, which had over 44,900 customers at the end of the quarter compared to over 37,600 customers in the year ago period." Gordon continued that ***"[i]n terms of our direct sales net additions, new sales activity remains healthy***."

56. Gordon reiterated that MongoDB had undertaken a deliberate business strategy "that includes reducing the emphasis around upfront commitments" which "helps accelerate landing new workloads and things like that." Gordon explained:

> We've also talked about how -- over the last couple of years one of the things we've been trying to do is reduce friction for the sales force. Some of that includes reducing the emphasis around upfront commitments. And so ***that helps accelerate landing new workloads*** and things like that[.]

57. Ittycheria also stated that "customers are increasingly viewing MongoDB as a ***mission-critical*** platform. ***They're going to run more and more workloads on MongoDB."***

58. Gordon reiterated the guidance provided in the Q3 2024 Form 8-K, as follows:

> For the fourth quarter, we expect revenue to be in the range of $429 million to $433 million. We expect non-GAAP income from operations to be in the range of $35 million to $38 million and non-GAAP net income per share to be in the range of $0.44 to $0.46 based on 83.2 million estimated diluted weighted average shares outstanding. For the full year fiscal 2024, we are increasing our outlook across the board. We now expect revenue to be in the range of $1.654 billion to $1.658 billion; non-GAAP income from operations to be in the range of $236.3 million to $239.3 million; and non-GAAP net income per share to be in the range of $2.89 to $2.91 based on 82.5 million estimated diluted weighted average shares outstanding. Note that the non-GAAP net income per share guidance for the fourth quarter and full fiscal year 2024 includes a non-GAAP tax provision of approximately 20%.

59. [redacted]:

> [redacted]

[redacted]

[redacted]

[redacted]

**3. December 7, 2023 Barclays Global Technology Conference**

60. On December 7, 2023, Gordon and Tanjga participated in the Barclays Global Technology Conference. During the conference, Gordon positively characterized MongoDB's growth trajectory, as follows:

> New ***business environment continues to be strong for us in terms of getting new workloads, both from existing customers as well as logos. We continue to see growth of existing customers and existing workloads grow healthfully***, but that's sort of more moderated. The rate that we've seen since the macro economic slowdown.

[4] MongoDB220_00000228-29

61. Tanjga underscored that Defendants "spend a tremendous amount of time" on acquiring new workloads and comparing the quality of workloads to those acquired in the past:

> So that is the first thing. No, you're right. Not the worst, but just the underlying growth of application would be the primary governor of Atlas consumption. And your macro -- you're ultimately the driver of sort of where we do that. We are obviously (inaudible) control and ***we spend a tremendous amount of time focusing on – is like – "Are we acquiring new workloads? Are we doing that if they are the same quality or better than what we've done in the past?"***

62. The statements referenced above are false and misleading and omitted material facts because Defendants failed to disclose that: (a) the compensation structure and go-to-market changes implemented at the beginning of FY 2024 that eliminated incentives for upfront commitments, compensated for new logos based on a pure unit-volume basis, and otherwise incentivized volume over quality, generated significantly reduced visibility into projected workload growth and a large number of new workloads that were consuming and growing at slower than historical rates, or not at all; (b) they had already, and/or were in the process of, correcting course by changing their incentive compensation structure again to place more emphasis on the quality and growth-prospects of newly acquired workloads; and (c) as a result of the foregoing, FY 2024 workloads were not exhibiting expected growth rates and would continue to inhibit MongoDB's long-term growth prospects, and that MongoDB would be unable to maintain its forecasted growth projections.

63. In a CEO Memo issued for Q4 2024, Mr. Ittycheria stated:

> In Q4 we saw the expected seasonal slowdown in Atlas consumption. Total ARR grew 7% QoQ to $1,707M. YoY quarterly revenue growth rate decreased to 27%, from 30% in Q3, with Atlas slowing down to 34% from 36% in Q3. We ended the quarter with over 47,800 customers, up from 46,400 in Q3, with 80 more 6-figure and 7 new 7-figure accounts. We generated $78M NNARR, missing plan by 36%. The primary driver of the miss was lower Atlas NNARR.

***

> **Sales**
>
> In Q4, Sales delivered $71M NNARR against a $112M plan and a $83M forecast. Of the $41M shortfall….

***

> The original BoD forecast was $83M and dropped to $75M at the end of December. We ended at $71M. The original BoD forecast changed throughout the course of the quarter due to the following:
>
> 1. The initial $10M drop in December was due to weakness in Atlas organic growth (from the organic base landed previous to this year).
>
> 2. [REDACTED].
>
> 3. While we had a rebound in Atlas in January, multiple renewals and EA deals slipped that we were trying to close unnaturally to reconcile the organic growth decline and the higher churn, causing us to miss the revised forecast. One of the consequences of going "all in" on consumption is that we try to offset dips in consumption by trying to close EA deals prematurely, which does not always work.
>
> 4. We also had multiple data issues in December and January, including several challenges with the daily processing of Cloud Billing data. Additionally, all GTM teams lost access to the Atlas console as a result of the security incident, which was a tool that they used to understand customer usage patterns. This has made it difficult for Sales to understand whether fluctuations in the forecast were legitimate or not. These data issues have caused frustration and confusion in the field, and were a drag on productivity.

### G. January 16, 2024 Needham Growth Conference

64. On January 16, 2024, the Individual Defendants participated in the Needham Growth Conference. During the conference, Tanjga responded to a question from Needham & Company Senior Analyst Michael Cikos about headwinds on deferred revenue associated with the Company's "shift away from a focus on big upfront commitments." Tanjga discussed these developments, in pertinent part, as follows:

So as you know, Mike and [as] most investors know, we've been on a multiyear journey to reduce the importance of upfront commitment in the Atlas business. And this began in calendar 2020, actually, before COVID, because frankly, ***we saw in the data, the commitment introduces unnecessary friction to our sales process and slows it down and probably provide s[ub-]optimal customer experience and therefore was not additive to us in the purposes of maximizing long-term value***. But there was a number of steps on that journey, since 2020. But in the fiscal year '24, the year that we're about to finish here, we did arguably the biggest one, which is that we no longer pay on 1-year commitment.

* * *

[S]o far, up until this point, we made it more attractive to get paid on consumption, but still paid on commitment. Whereas this year, we say, oh, no, commitment, 1-year commitment, you don't get paid anymore. You signed a $5 million 1-year deal. It doesn't matter you will still only get paid on consumption related to that deal. And so why do we do that? Because again, with large commitments, we saw that there was still a source of friction and misaligning us with our largest customers. And now that we've built multiple years of success and showing to our reps that there's a reason why we're doing this, and they will still do well and the company will do well, we kind of took this big step.

65. Tanjga was also asked by Cikos about the "big change" to the sales organization the previous year and whether "there [are] any learnings" to keep in mind in terms of revenue, consumption, new workloads, or sales payouts. As reflected in the following exchange, Tanjga denied any negative impact from the Company's go-to-market sales compensation plan and instead misleadingly highlighted the "volume of new workloads . . . and how good we feel about that," as reflected in the following exchange:

**Michael Joseph Cikos** ***Needham & Company, LLC, Research Division - Senior Analyst***

Understood. And just last point here, and then we'll leave it. But is it fair to think, given -- I know you've been on a multiyear journey with this, but ***last year was a big change, right, for the sales organization***. So are there ***any learnings or anything we should keep in mind, again, when thinking about comparisons, whether on a revenue consumption basis and then new workloads or sales payout*** that occurred last year, which may not be recurring this year?

> **Serge Tanjga** ***MongoDB, Inc. - VP of Finance and Business Operations***
>
> ***No, not really***. I would say that we've -- because it wasn't our first change, we've learned a decent amount about change management and how to implement this and roll this out in fiscal year '24. And that's frankly the reason why you do it over multiple years. You do it to build conviction that you're doing the right thing, but you're also doing it to like demonstrate to the sales force, like why you're doing it, and there's a rationale for this. And so -- ***and it wasn't actually terribly disruptive, given the size of the change that it was not in terms of sales attrition or anything like that***.
>
> So ***it was a big change***. You see it flow through the financials. ***We also see it on the volume of new workloads, which is where we started the conversation and how good we feel about that***. But ***as you think about like what does that mean in terms of compares or mechanics of the financial model for next year, nothing particular to call out***.

66. The statements referenced above are false and misleading and omitted material facts because Defendants failed to disclose that: (a) the compensation structure and go-to-market changes implemented at the beginning of FY 2024 that eliminated incentives for upfront commitments, compensated for new logos based on a pure unit-volume basis, and otherwise incentivized volume over quality, generated significantly reduced visibility into projected workload growth and a large number of new workloads that were consuming and growing at slower than historical rates, or not at all; (b) they had already, and/or were in the process of, correcting course by changing their incentive compensation structure again to place more emphasis on the quality and growth-prospects of newly acquired workloads; and (c) as a result of the foregoing, FY 2024 workloads were not exhibiting expected growth rates and would continue to inhibit MongoDB's long-term growth prospects, and that MongoDB would be unable to maintain its forecasted growth projections.

**H.** [redacted]

67. [redacted]

68. [redacted]:

[redacted]

69. In that same presentation, the Board were informed that "Atlas consumption remains volatile" and that "[s]hould Atlas consumption not rebound in Q1, there is significant risk to our forecast." MongoDB220_00000858.

[5] MongoDB220_00001192

70. [redacted]:

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

71. [redacted]:

[6] MongoDB220_00001195-1197

[redacted]

## I. March 2024 Statements and Guidance

### 1. Q4 2024 Form 8-K

72. On March 7, 2024, the Company issued a press release, which it filed with the SEC as an exhibit to a Current Report on Form 8-K reporting financial results for Q4 2024 and fiscal year ending January 31, 2024 ("Q4 2024 Form 8-K"), and providing guidance for the upcoming quarter ("Q1 2025"). For Q4 2024, MongoDB reported total revenue of $458.0 million (a 27% year-over-year increase) and "***Continued Strong Customer Growth with Over 47,800 Customers as of January 31, 2024,***" and that Atlas revenue was up 34% year-over-year and represented 68% of total Q4 2024 revenue. Ittycheria highlighted these results, remarking as follows: "MongoDB finished fiscal 2024 on a strong note, highlighted by 34% Atlas revenue growth and operating margin improvement of nearly five percentage points year-over-year. ***We continue to see healthy new workload wins*** as MongoDB's developer data platform increasingly becomes the standard for modern application development." The Q4 2024 Form 8-K stated that, for the following quarter, MongoDB expected between $436.0 and $440.0 in revenue, Non-GAAP Income from Operations between $22 and $25 million, and Non-GAAP Net Income Per Share between $0.34 and $0.39.

For the full fiscal 2025, MongoDB stated that it expected revenue of between $1.90 billion and $1.93 billion, Non-GAAP Income from Operation between $186 million and $201 million and Non-GAAP Net Income Per Share between $2.27 and $2.49 per share.

**2. Q4 2024 Earnings Conference Call**

*73.* Following the announcement of these results, Gordon and Ittycheria participated in an earnings conference call. During the call, Ittycheria positively characterized MongoDB's growth prospects for FY 2025. Ittycheria stated, as follows: "[W]e will ***remain singularly focused on new workload acquisition*** as a key long-term driver of our business. We will continue ***fine-tuning incentives*** to ensure that our entire go-to-market organization is focused on identifying and sourcing new workload opportunities." Ittycheria continued: "Stepping back and looking at fiscal '24 as a whole, I am proud of what we accomplished. . . . Atlas grew 37% year-over-year, and we added over 7,000 customers . . . . Finally, ***we continue to innovate on our go-to-market motion to drive workload acquisition."***

74. In a similar vein, Gordon relayed that the Company "had another quarter of ***healthy new business acquisition*** demonstrating [MongoDB's] product market fit and the ***mission criticality*** of [the] the platform" and that MongoDB "grew our customer base by approximately 1,400 customers sequentially, bringing our total customer count to over 47,800 which is up from over 40,800 in the year ago period. Of our total customer count, over 7,000 are direct sales customers which compares to over 6,400 in the year ago period." Ittycheria reiterated that the Company's "retention rates" remained strong through the fourth quarter, which he claimed "reinforce[ed] the quality of our product and the ***mission criticality*** of our platform."

75. In describing MongoDB's quarterly results, Ittycheria specifically characterized the Company's consumption growth as "stable":

> Second, ***I see stable consumption growth going to next year***. Atlas consumption trends have been steady for several quarters now and we experienced less consumption variability in fiscal '24 compared to fiscal '23. Ultimately, the main driver of Atlas consumption is the growth in the underlying application usage, and ***we see stable growth -- stable usage growth across our portfolio of workloads***.

76. Ittycheria further claimed that management expected "the environment in fiscal '25 to be largely similar to the environment we experienced in fiscal '24." He continued: "Let me wrap up by saying that I remain ***highly confident about our ability to execute on our long-term growth opportunity***. We are pursuing one of the largest and fastest-growing markets in all of software, with significant expansion opportunities in both new and existing customer accounts."

77. Gordon echoed Ittycheria's representations regarding the Company's guidance, stating: ***"[W]e expect Atlas consumption growth to be in line with the consumption growth we've experienced in fiscal '24."*** In response to a question from Morgan Stanley VP Sanjit Kumar Singh about MongoDB's guidance, Gordon stated that he has "higher confidence" in the FY 2025 guidance given stable consumption, as follows:

> I think the key thing is, once you adjust for those onetime items that we called out, ***we see a stable environment***. That's what we described in and experienced in Q4 compared to Q3. So we feel good about that. I think just to underscore, there's the $80 million in revenue that won't repeat both from the unused commitments as well as from the multiyear deals. And when you adjust from those, we feel good about the dynamic. To your question, which is sort of embedded in that around sort of, I'll call it, guidance approach or approach to guidance. We haven't changed our view as it relates to guidance. ***We have seen more stable consumption that obviously gives us higher confidence in part***, given the less variability that we've seen over the course of fiscal '24.

78. Gordon commented on MongoDB's prospective performance for FY 2025, concluding that "***Atlas looks consistent from a consumption growth standpoint***. And that's in line

with the stable trends we've seen over the course of fiscal '24, so we're using those fiscal '24 numbers." In responding to a question from Piper Sandler MD & Senior Research Analyst Brent Alan Bracelin about confidence in the Company's guidance, the following exchange took place:

> **Brent Alan Bracelin** ***Piper Sandler & Co., Research Division - MD & Senior Research Analyst***
>
> Michael, we're going to stick with the guide seen here. If I look at last year, you guided to, I think, 16% growth. You ended up doing 31% for the full year. Even if I take out the $80 million tailwind, you talked about, that's still 25% growth. You're guiding to 14% growth this year, again 5% headwind, so closer to 19% organically. ***Are you more confident kind of going into this year than last year just as you think about the trends***? Is the 14% comparable to the 16% initial guide last year? Is it really more like 19% adjusted basis comparing to 16%? I know it's a little confusing, but getting a lot of questions on it.
>
> **Michael Lawrence Gordon** ***MongoDB, Inc. - COO & CFO***
>
> Yes. No, it's fine. I go back to what I said in response, I think it was to Sanjeet's question. There's been no fundamental change or approach in terms of how we're looking and determining our guidance. ***I do think to the confidence point, I think that, that is correct. We do have more confidence. We have more data***. We -- if you think back a year ago, as one of the questions indicated, there was much more macro uncertainty. I think over the course of fiscal '24, we saw narrower variability. We saw more consistent results ***that does give us increased confidence***. I think we also have another year under our belt in terms of understanding the seasonality trends of Atlas.

79. Regarding the Company's expected financial performance for FY 2025, Ittycheria told investors: "We do expect fiscal '25 to play out similarly to fiscal '24 with a healthy new business and a stable consumption – and stable consumption trends."

80. Gordon reiterated the guidance provided in the Q4 2024 Form 8-K, as follows:

> For the first quarter, we expect revenue to be in the range of $436 million to $440 million. We expect non-GAAP income from operations to be in the range of $22 million to $25 million and non-GAAP net income per share to be in the range of $0.34 to $0.39 based on 83.8 million estimated diluted weighted average shares outstanding. For the full fiscal year 2025, we expect revenue to be in the range of $1.9 billion to $1.93 billion, non-GAAP income from operations to be in the range

> of $186 million to $201 million and non-GAAP net income per share to be in the range of $2.27 to $2.49 based on 85.1 million estimated diluted weighted average shares outstanding.

81. The statements referenced above are false and misleading and omitted material facts because Defendants failed to disclose that: (a) the compensation structure and go-to-market changes implemented at the beginning of FY 2024 that eliminated incentives for upfront commitments, compensated for new logos based on a pure unit-volume basis, and otherwise incentivized volume over quality, generated significantly reduced visibility into projected workload growth and a large number of new workloads that were consuming and growing at slower than historical rates, or not at all; (b) they had already, and/or were in the process of, correcting course by changing their incentive compensation structure again to place more emphasis on the quality and growth-prospects of newly acquired workloads; and (c) as a result of the foregoing, FY 2024 workloads were not exhibiting expected growth rates and would continue to inhibit MongoDB's long-term growth prospects, and that MongoDB would be unable to maintain its forecasted growth projections.

**J. May 2, 2024 Keynote Session MongoDB NYC**

82. On May 2, 2024, the Individual Defendants hosted a Keynote Session at MongoDB.local NYC. Gordon represented to investors that the Company's acquisition of new workloads were contributing to stable growth in fiscal 2024:

> And as we've said before, ***those new workloads grow more quickly initially***. So what you can see here is if we add in the green, you'll see the impact of new workloads that we add in the first 4 quarters, right? So this is just an 8-quarter view. And what you can see is ***as you add in those first workloads, they sort of are accretive to growth, right? They're adding to the growth rate***. And then subsequently, the blue lines, which I'll sort of fill in here are the impact of new workloads that you add in quarters 5 through 8.

> And so in aggregate, again, we're ignoring seasonality, this is sort of illustrative. But what you can see here is the result of the stable growth is a result of a mix of workloads, existing workloads, new workloads and everything else. And so theoretically, if you take that kind of theoretical construct, and you apply it practically, ***what that meant in fiscal '24 was the workloads that we acquired during the year in addition to those that we acquired in the year before,*** just to keep this 8-quarter view consistent***, contributed to the stable growth that we saw in fiscal '24 relative to fiscal '23.***

83. The statements referenced above in ¶134 are false and misleading and omitted material facts because Defendants failed to disclose that: (a) the compensation structure and go-to-market changes implemented at the beginning of FY 2024 that eliminated incentives for upfront commitments, compensated for new logos based on a pure unit-volume basis, and otherwise incentivized volume over quality, generated significantly reduced visibility into projected workload growth and a large number of new workloads that were consuming and growing at slower than historical rates, or not at all; (b) they had already corrected course by changing their incentive compensation structure again to place more emphasis on the quality and growth-prospects of newly acquired workloads; and (c) as a result of the foregoing, FY 2024 workloads were not exhibiting expected growth rates and would continue to inhibit MongoDB's long-term growth prospects, and that MongoDB would be unable to maintain its forecasted growth projections.

**K. May 23, 2024 Meeting**

84. [redacted]

[redacted]

85. [redacted]

[redacted]:

[redacted]

86. [redacted]:

[redacted]

[redacted]

[redacted]

[redacted]

[7] MongoDB220_00001101

[8] MongoDB220 00001081, 1088

[redacted]

**CORPORATE GOVERNANCE**

87. As members of The Company's Board, the Director Defendants are required to follow the Company's Code of Ethics, its corporate governance guidelines and the charters of each committee of the Board of Directors.

88. Defendants failed to do so.

**DUTIES OF THE DIRECTOR DEFENDANTS**

89. As members of The Company's Board, the Director Defendants were held to the highest standards of honesty and integrity and charged with overseeing the Company's business practices and policies and assuring the integrity of its financial and business records.

90. The conduct of the Director Defendants complained of herein involves a knowing and culpable violation of their obligations as directors and officers of the Company, the absence of good faith on their part, and a reckless disregard for their duties to the Company and its investors that the Director Defendants were aware posed a risk of serious injury to the Company.

91. By reason of their positions as officers and/or directors of the Company, and because of their ability to control the business and corporate affairs of the Company, the Director Defendants owed the Company and its investors the fiduciary obligations of trust, loyalty, and good faith. The obligations required the Director Defendants to use their utmost abilities to control and manage the Company in an honest and lawful manner. The Director Defendants were and are required to act in furtherance of the best interests of the Company and its investors.

92. Each director of the Company owes to the Company and its investors the fiduciary duty to exercise loyalty, good faith, and diligence in the administration of the affairs of the Company and in the use and preservation of its property and assets. In addition, as officers and/or directors of a publicly held company, the Director Defendants had a duty to promptly disseminate accurate and truthful information with regard to the Company's operations, finances, and financial condition, as well as present and future business prospects, so that the market price of the Company's stock would be based on truthful and accurate information.

93. To discharge their duties, the officers and directors of the Company were required to exercise reasonable and prudent supervision over the management, policies, practices, and controls of the affairs of the Company. By virtue of such duties, the officers and directors of the Company were required to, among other things:

(a) ensure that the Company complied with its legal obligations and requirements, including acting only within the scope of its legal authority and disseminating truthful and accurate statements to the SEC and investing public;

(b) conduct the affairs of the Company in an efficient, businesslike manner so as to make it possible to provide the highest quality performance of its business, to avoid wasting the Company's assets, and to maximize the value of the Company's stock;

(c) properly and accurately guide investors and analysts as to the true financial condition of the Company at any given time, including making accurate statements about the Company's business prospects, and ensuring that the Company maintained an adequate system of financial controls such that the Company's financial reporting would be true and accurate at all times;

(d) remain informed as to how the Company conducted its operations, and, upon receipt of notice or information of imprudent or unsound conditions or practices, make reasonable inquiries in connection therewith, take steps to correct such conditions or practices, and make such disclosures as necessary to comply with federal and state securities laws;

(e) ensure that the Company was operated in a diligent, honest, and prudent manner in compliance with all applicable federal, state and local laws, and rules and regulations; and

(f) ensure that all decisions were the product of independent business judgment and not the result of outside influences or entrenchment motives.

94. Each Director Defendant, by virtue of his position as a director and/or officer, owed to the Company and to its shareholders the fiduciary duties of loyalty, good faith, and the exercise of due care and diligence in the management and administration of the affairs of the Company, as well as in the use and preservation of its property and assets. The conduct of the Director Defendants complained of herein involves a knowing and culpable violation of their obligations as directors and officers of the Company, the absence of good faith on their part, and a reckless disregard for their duties to the Company and its shareholders that the Director Defendants were aware, or should have been aware, posed a risk of serious injury to the Company.

95. The Director Defendants breached their duties of loyalty and good faith by causing the Company to issue false and misleading statements concerning the financial condition of the Company. As a result, the Company has expended, and will continue to expend, significant sums of money related to investigations and lawsuits and to structure settlements to resolve them.

## DERIVATIVE AND DEMAND FUTILITY ALLEGATIONS

96. Plaintiff brings this action derivatively in the right and for the benefit of the Company to redress injuries suffered and to be suffered as a direct and proximate result of the breaches of fiduciary duties and gross mismanagement by the Director Defendants.

97. Plaintiff will adequately and fairly represent the interests of the Company and its shareholders in enforcing and prosecuting its rights and has retained counsel competent and experienced in derivative litigation.

98. Plaintiff is a current owner of the Company stock and has continuously been an owner of Company stock during all times relevant to the Director Defendants' wrongful course of conduct alleged herein. Plaintiff understands his obligation to hold stock throughout the duration of this action and is prepared to do so.

99. During the illegal and wrongful course of conduct at the Company and through the present, the Board consisted of the Director Defendants. Because of the facts set forth throughout this Complaint, demand on the Company Board to institute this action is not necessary because such a demand would have been a futile and useless act.

100. The Company Board is currently comprised of ten (10) members – including Defendants Killalea, Agrawal, Botha, Cochran, D'Souza, Hazard, Ittycheriam Lewnes, and Merriman. Thus, Plaintiff is required to show that a majority of the Director Defendants, *i.e.,* five (5), cannot exercise independent objective judgement about whether to bring this action or whether to vigorously prosecute this action.

101. The Director Defendants either knew or should have known of the false and misleading statements that were issued on the Company's behalf and took no steps in a good faith

effort to prevent or remedy that situation.

102. The Director Defendants (or at the very least a majority of them) cannot exercise independent objective judgment about whether to bring this action or whether to vigorously prosecute this action. For the reasons that follow, and for reasons detailed elsewhere in this complaint, Plaintiff has not made (and should be excused from making) a pre-filing demand on the Board to initiate this action because making a demand would be a futile and useless act.

103. Each of the Director Defendants approved and/or permitted the wrongs alleged herein to have occurred and participated in efforts to conceal or disguise those wrongs from the Company's stockholders or recklessly and/or with gross negligence disregarded the wrongs complained of herein, and are therefore not disinterested parties.

104. Each of the Director Defendants authorized and/or permitted the false statements to be disseminated directly to the public and made available and distributed to shareholders, authorized and/or permitted the issuance of various false and misleading statements, and are principal beneficiaries of the wrongdoing alleged herein, and thus, could not fairly and fully prosecute such a suit even if they instituted it.

## THE DIRECTOR DEFENDANTS ARE NOT INDEPENDENT OR DISINTERESTED

### Defendant Ittycheria

105. Defendant Ittycheria not disinterested or independent, and therefore, is incapable of considering demand because he (as its president and CEO) is an employee of the Company who derives substantially all of his income from his employment with MongoDB, making him not independent. As such, Defendant cannot independently consider any demand to sue himself for breaching his fiduciary duties to MongoDB, because that would expose him to

liability and threaten his livelihood.

106. Because of Defendant's participation in the gross dereliction of fiduciary duties, and breaches of the duties of due care, good faith, and loyalty, Defendant is unable to comply with Defendant's fiduciary duties and prosecute this action. Defendant is in a position of irreconcilable conflict of interest in terms of the prosecution of this action and defending himself/herself in the securities fraud class action lawsuit *Baxter V. MongoDB, Inc.* 1:24-cv-05191, brought under the Securities Exchange Act of 1934.

**Defendants Hazard, Cochran, Botha**

107. During the Relevant Period, Hazard, Cochran, and Botha served as members of the Audit Committee. Pursuant to the Company's Audit Committee Charter, the members of the Audit Committee are responsible for, *inter alia,* overseeing the accounting and financial reporting processes of the Company and the audits of the financial statements of the Company and the audits of the financial statements of the Company, and otherwise meet their responsibilities as set forth in the Audit Committee Charter as set forth herein.

108. Defendants breached their fiduciary duties of due care, loyalty, and good faith, because the Audit Committee, *inter alia*, allowed or permitted false and misleading statements to be disseminated in the Company's SEC filings and other disclosures and, otherwise, failed to ensure that adequate internal controls were in place regarding the serious accounting and business reporting issues and deficiencies described above. Therefore, Defendants face a substantial likelihood of liability for their breach of fiduciary duties and any demand upon them is futile.

## FIRST CAUSE OF ACTION

**(Against The Director Defendants for Breach of Fiduciary Duties)**

109. Plaintiff incorporates by reference and re-allege each and every allegation contained above, as though fully set forth herein.

110. The Director Defendants owe the Company fiduciary obligations. By reason of their fiduciary relationships, the Director Defendants owed and owe the Company the highest obligation of good faith, fair dealing, loyalty, and due care.

111. The Director Defendants violated and breached their fiduciary duties of care, loyalty, reasonable inquiry, and good faith.

112. The Director Defendants engaged in a sustained and systematic failure to properly exercise their fiduciary duties. Among other things, the Director Defendants breached their fiduciary duties of loyalty and good faith by allowing the Company to improperly misrepresent the Company's publicly reported financials. These actions could not have been a good faith exercise of prudent business judgment to protect and promote the Company's corporate interests.

113. As a direct and proximate result of the Director Defendants' failure to perform their fiduciary obligations, the Company has sustained significant damages. As a result of the misconduct alleged herein, the Director Defendants are liable to the Company.

114. As a direct and proximate result of the Director Defendants' breach of their fiduciary duties, the Company has suffered damage, not only monetarily, but also to its corporate image and goodwill. Such damage includes, among other things, costs associated with defending securities lawsuits, severe damage to the share price of the Company, resulting in an increased cost of capital, the waste of corporate assets, and reputational harm.

**SECOND CAUSE OF ACTION**

**(Against The Director Defendants for Gross Management)**

115. Plaintiff incorporates by reference and re-allege each allegation contained above, as though fully set forth herein.

116. By their actions alleged herein, the Director Defendants, either directly or through aiding and abetting, abandoned and abdicated their responsibilities and fiduciary duties with regard to prudently managing the assets and business of the Company in a manner consistent with the operations of a publicly held corporation.

117. As a direct and proximate result of the Director Defendants' gross mismanagement and breaches of duty alleged herein, the Company has sustained significant damages in excess of hundreds of millions of dollars.

118. Because of the misconduct and breaches of duty alleged herein, the Director Defendants are liable to the Company.

**THIRD CAUSE OF ACTION**

**(Against the Director Defendants for Waste of Corporate Assets)**

119. Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

120. The wrongful conduct alleged regarding the issuance of false and misleading statements was continuous, connected, and on-going throughout the Relevant Period. It resulted in continuous, connected, and ongoing harm to the Company.

121. As a result of the misconduct described above, the Director Defendants wasted corporate assets by, *inter alia*: (i) paying excessive compensation and bonuses to certain of its

executive officers; (ii) awarding self-interested stock options to certain officers and directors; and (iii) incurring potentially millions of dollars of legal liability and/or legal costs to defend Defendants' unlawful actions.

122. As a result of the waste of corporate assets, the Director Defendants are liable to the Company.

123. Plaintiff, on behalf of the Company, has no adequate remedy at law.

**FOURTH CAUSE OF ACTION**

**(Against The Individual Defendants For Unjust Enrichment)**

124. Plaintiff incorporates by reference and realleges each and every allegation set forth above, as though fully set forth herein.

125. By their wrongful acts, violations of law, and inaccurate and untruthful information and/or omissions of material fact that they made and/or caused to be made, the Individual Defendants were unjustly enriched at the expense of, and the detriment of, the Company

126. The Individual Defendants either benefitted financially from the improper conduct, or received bonuses, stock options, or similar compensation from the Company that was tied to the performance of the Company or its stock price or received compensation or other payments that were unjust in light of the Individual Defendants' bad faith conduct.

127. Plaintiff, as a shareholder and representative of the Company seeks restitution from the Individual Defendants and seek an order from this Court disgorging all profits, including from insider transactions, the redemption of preferred stock, benefits, and other compensation, including any performance-based or valuation-based compensation, obtained by the Individual Defendants due to their wrongful conduct and breach of their fiduciary and contractual duties.

128. Plaintiff, on behalf of the Company, has no adequate remedy at law.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for relief and judgment as follows:

A. Declaring that Plaintiff may maintain this action on behalf of the Company and that Plaintiff is an adequate representative of the Company;

B. Awarding, against all the Director Defendants and in favor of the Company, the damages sustained by the Company as a result of Defendants' breaches of their fiduciary duties;

C. Awarding, against Defendant Ittycheria and in favor of the Company, the damages sustained by the Company as a result of Defendant Ittycheria breach of fiduciary duty in his capacity as controlling stockholders;

D. Awarding, against all Insider Selling Defendants, disgorgement of all illicitly gained proceeds as a result of their unlawful and disloyal insider trading;

E. Directing the Company to take all necessary actions to reform and improve its corporate governance and internal procedures, to comply with the Company's existing governance obligations and all applicable laws and to protect the Company and its investors from a recurrence of the damaging events described herein, including but not limited to removing and replacing its officers and directors;

F. Awarding to Plaintiff the costs and disbursements of the action, including reasonable attorneys' fees, accountants' and experts' fees, costs, and expenses; and

G. Awarding such other and further relief as is just and equitable.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: June 5, 2026

**GAINEY McKENNA & EGLESTON**

Thomas J. McKenna
Gregory M. Egleston
260 Madison Ave., 22nd Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

***Attorneys for Plaintiff***

**VERIFICATION**

I, JOSEPH FERNICOLA, declare that I have reviewed the Verified Shareholder Derivative Complaint ("Complaint") prepared on behalf of MongoDB, Inc. and authorize its filing. I have reviewed the allegations made in the Complaint, and to those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely on my counsel and their investigation and for that reason believe them to be true. I further declare that I am a current holder, and have been a holder, of MongoDB, Inc. common stock at all relevant times.

Joseph Fernicola

JOSEPH FERNICOLA