USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

JOSEPH FERNICOLA, *Derivatively on behalf of MongoDB, inc.*,

Plaintiff,

-v-

DEV ITTYCHERIA, *et al.*,

Defendants.

---------------------------------------------------------------- X

1:26-cv-4918 -GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 9 2026, Plaintiff submitted a response to the Court's order to show cause as to why this case should not be consolidated with *In Re MongoDB, Inc. Shareholder Derivative Litigation*, No. 1:24-cv-7594 with the same Lead Counsel. Dkt. No. 10. Lead Plaintiff in *In Re MongoDB, Inc. Shareholder Derivative Litigation*, No. 1:24-cv-7594 and Defendants are directed to file a response to Plaintiff's letter, Dkt. No. 10, no later than July 24, 2026. Plaintiff is ordered to serve a copy of this order on Lead Counsel in *In Re MongoDB, Inc. Shareholder Derivative Litigation*, No. 1:24-cv-7594.

SO ORDERED.

Dated: July 10, 2026

GREGORY H. WOODS
United States District Judge