USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH FERNICOLA, *Derivatively on behalf of MONGODB, INC.*, Plaintiff, -v- DEV ITTYCHERIA, *et al.*, Defendants. | 1:26-cv-4918 -GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

On July 10, 2026, Plaintiff requested leave to file under seal an unredacted corrected complaint and to file a redacted version of the complaint on the public docket. Dkt. No. 12. Plaintiff's request to file the corrected complaint under seal is GRANTED. Plaintiff must file the redacted complaint on the public docket no later than July 24, 2026.

For the avoidance of doubt, the Court's decision to grant the request to seal in part the complaint is provisional, given that the consolidated derivative action is presently stayed pending resolution of the motion for reconsideration in the securities action. No party should construe the Court's ruling to permit filing of the redacted complaint to suggest that the facts that are the subject of the redactions will not be disclosed during this litigation after the stay is lifted in the consolidated derivative action. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.

Dated: July 21, 2026
New York, New York

GREGORY H. WOODS
United States District Judge