USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH FERNICOLA, *Derivatively on behalf of MongoDB, inc.*,

Plaintiff,

-v-

DEV ITTYCHERIA, *et al.*,

Defendants.

---

1:26-cv-4918 -GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 2, 2026, the Court ordered Plaintiff to show cause "as to why as to why this case should not be consolidated with *In Re MongoDB, Inc. Shareholder Derivative Litigation*, No. 1:24-cv-7594 with the same Lead Counsel." Dkt. No. 8. On July 9 2026, Plaintiff submitted a response to the Court's order to show cause. Dkt. No. 10. Plaintiff asserts in the response that this case should not be consolidated with *In Re MongoDB, Inc. Shareholder Derivative Litigation* because "there are questions of law which make the cases unsuitable for consolidation," namely with respect to the service of a demand. *Id.* at 2. And on July 24, 2026, Lead Plaintiffs in *In Re MongoDB, Inc. Shareholder Derivative Litigation*, No. 1:24-cv-7594 and Defendants in the above-captioned action each filed their responses to Plaintiff's letter. Lead Plaintiffs do not oppose maintaining this case separately from the consolidated action. And while Defendants "take no position" on whether consolidation is appropriate at this time, Defendants also agree that because the applicable legal standards are not identical that any motions to dismiss will be premised on "overlapping, but subtly different grounds." Dkt. No. 23.

In light of the parties' letters, the Court will not order consolidation of this case with *In Re MongoDB, Inc. Shareholder Derivative Litigation*, No. 1:24-cv-7594 at this time. The Court expects to take up the issue of consolidation after the stay is lifted. And given the substantial factual overlap

between the cases, the Court hereby stays all deadlines in this case pending the Court's decision on Defendants' motion for reconsideration in the securities action. The Clerk of Court is directed to note the entry of a stay on the docket.

SO ORDERED.

Dated: July 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge