**UNITED STATES DISTRCIT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSEPH FERNICOLA, Derivatively on Behalf of MONGODB, INC.,

Plaintiff,

v.

DEV ITTYCHERIA, MICHAEL LAWRENCE GORDON, SRDJAN (SERGE) TANJGA, MALISSIA R. CLINTON, ARCHANA AGRAWAL, ROELOF BOTHA, HOPE COCHRAN, FRANCISCO D'SOUZA, CHARLES M. HAZARD, TOM KILLALEA, ANN LEWNES, JOHN MCMAHON, and DWIGHT MERRIMAN,

Defendants,

and,

MONGODB, INC.,

Nominal Defendant.

Case No: 1:26-cv-4918-GHW

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MALISSIA R. CLINTON WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 7/29/2026

**MEMORANDUM ENDORSED**

Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joseph Fernicola, hereby voluntarily dismisses claims against Defendant Malissia R. Clinton from this action, with prejudice.

Plaintiff does not dismiss any claims against any other Defendant, and this action shall continue against all remaining Defendants.

Dated: July 28, 2026

**GAINEY McKENNA & EGLESTON**

*/s/ Thomas J. McKenna*
Thomas J. McKenna
Gregory M. Egleston
260 Madison Ave., 22nd Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

***Attorneys for Plaintiff***

Mr. Fernicola has voluntarily dismissed his claims against Defendant Malissia R. Clinton with prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to remove the name of Defendant Malissia R. Clinton from the caption of this case.

SO ORDERED.
Dated: July 29, 2026
New York, New York

GREGORY H. WOODS
United States District Judge